No. 27,709.

THE STATE OF KANSAS, *Appellee*, v. SOL HOFFINE, *Appellant*.

(259 Pac. 697.)

SYLLABUS BY THE COURT.

CRIMINAL LAW—*Appeal*. Trivial legal questions raised on appeal are summarily disposed of.

Appeal from Kingman district court; GEORGE L. HAY, judge. Opinion filed October 8, 1927. Affirmed.

*H. E. Walter*, of Kingman, for the appellant.

*William A. Smith*, attorney-general, *Roland Boynton*, assistant attorney-general, and *Paul R. Wunsch*, county attorney, for the appellee.

The opinion of the court was delivered by

HARVEY, J.: Appellant was found guilty of the possession of intoxicating liquor, in violation of the statute (R. S. 21-2101). The evidence was sufficient to sustain the verdict. The legal questions sought to be raised are trivial in the extreme. They have no merit.

The judgment of the court below is affirmed.

Criminal Law, 17 C. J. p. 368 n. 5.